IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 MAR 21  AM 9:42

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:17mj 099 |
| | : | |
| v. | : | |
| | : | ORDER SEALING CRIMINAL |
| SEALED DOCUMENTS | : | COMPLAINT, AFFIDAVIT, |
| | : | ARREST WARRANT AND |
| | : | THE RETURN |

--------------------

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Affidavit, Arrest Warrant and the Return in the above captioned case be sealed and kept from public inspection until otherwise ordered by this Court.

_____
SHARON L. OVINGTON
U.S. Magistrate Judge