## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **Case No. 3:17cr0044(1-3`** |
| **CLARENCE A. WINN, JR., et. al.,** | : | **JUDGE WALTER H. RICE** |
| **Defendant.** | : | |

---

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

Date of Scheduling Conference       **4/11/2017**

Jury Trial Date       **Monday, 6/5/2017**

Final Pretrial Conference (by telephone)       **Tuesday, 5/30/2017 at 5:00 pm**

Motion Filing Deadline

    Oral and Evidentiary Motions       **5/1/2017**

    Other Motions       **5/15/2017**

Discovery Cut-off       **5/22/2017**

Speedy Trial Deadline       **6/6/2017**

Discovery to be made available by Government
To Defendant       **available close of business 4/14/2017**


April 11, 2017                     WALTER H. RICE
                                             UNITED STATES DISTRICT JUDGE