IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:17-CR-00044 |
| Plaintiff, | JUDGE WALTER H. RICE |
| vs. | |
| CLARENCE A. WINN, JR., | ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL |
| Defendant. | |

On Defendant's Motion for Leave to File Document Under Seal, and for good cause shown, it is hereby ORDERED:

1. Defendant's Motion for Compassionate Release pursuant to 18 U.S.C. §3582(c)(1)(A)(i) is to be filed under seal due to the exhibits containing his personal medical records.

IT IS SO ORDERED.

Date: January 13, 2021

Hon. Walter H. Rice
United States District Judge