**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs** | ) | **Case No. 3:17CR44(1)** |
| | ) | |
| | ) | |
| **CLARENCE WINN JR.** | | |

---

**ORDER TERMINATING SUPERVISED RELEASE**

---

On March 22, 2024, the above named commenced a five (5) year term of supervised release following his term of imprisonment. Based on good cause shown, it is hereby ordered Clarence Winn Jr. be discharged from supervised release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated this 18Th day of august , 2026

Walter H. Rice

Walter H. Rice
United States District Judge